Robert S. Green (SBN 136183)
rsg@classcounsel.com
Lesley E. Weaver (SBN 191305)
lew@classcounsel.com
**GREEN & NOBLIN, P.C.**
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Tel: 415-477-6700
Fax: 415-477-6710

Mark C. Gardy
mgardy@gardylaw.com
James S. Notis
jnotis@gardylaw.com
Jennifer Sarnelli (SBN 242510)
jsarnelli@gardylaw.com
**GARDY & NOTIS, LLP**
Tower 56
126 East 56th Street, 8th floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508

*Counsel for Plaintiff Paul Ansfield*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAUL ANSFIELD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INFOBLOX INC., ROBERT D. THOMAS, and REMO E. CANESSA,<br><br>Defendants. | Case No. 3:14-cv-2500-VC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12(b) AND 7-11** |

Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Paul Ansfield, the plaintiff in the putative related *Ansfield* case (as defined below), hereby moves the Court to consider whether the following three cases, all filed in the Northern District of California, qualify as related actions:

| Case Name | Case Number | Judge Assigned | Date Filed |
|---|---|---|---|
| *Ansfield v. Infoblox Inc., et. al.* ("*Ansfield*") | No. 14-cv-02500-VC | Hon. Vince Chhabria | May 30, 2014 |
| *Beqaj v. Infoblox Inc., et al.* ("*Beqaj*") | No. 14-cv-02564-PJH | Hon. Phyllis J. Hamilton | June 4, 2014 |
| *Achey, et al. v. Infoblox Inc., et al.* ("*Achey*") | No. 14-cv-02644-BLF | Hon. Beth Labson Freeman | June 9, 2014 |

Civil Local Rule 3-12(a) provides that an action is related to another when "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  These criteria are met here.

All three cases are putative class actions, brought on behalf of Infoblox Inc. stockholders.  Plaintiffs in all the actions name the same defendants and allege similar claims of securities fraud pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Given that the same parties, transactions and events are involved in all three cases, it appears likely that there will be an unduly burdensome duplication of labor and expense and possible conflicting results, if the three cases are conducted before different Judges.  Accordingly, the Court should relate these actions under Civil Local Rule 3-12.

In compliance with Local Rule 7-11, movant obtained a stipulation from the plaintiffs in both actions, agreeing that the cases should be related.  Movant also conferred with counsel for the defendant, who stated defendant has no

-1-

ADMIN. MOTION RELATE CASES, CASE NO. 3:14-CV-2500-VC

objection to the filing of this Administrative Motion, nor to the relation of the actions. For the foregoing reasons, plaintiff respectfully requests the Court enter an order relating the *Ansfield, Beqaj* and *Achey* actions.

Dated: June 16, 2014   **GARDY & NOTIS, LLP**

s/ Jennifer Sarnelli
Jennifer Sarnelli (SBN 242510)
jsarnelli@gardylaw.com
Mark C. Gardy
mgardy@gardylaw.com
James S. Notis
jnotis@gardylaw.com
Tower 56
126 East 56th Street, 8th floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508

Robert S. Green (SBN 136183)
rsg@classcounsel.com
Lesley E. Weaver (SBN 191305)
lew@classcounsel.com
**GREEN & NOBLIN, P.C.**
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Tel: 415-477-6700
Fax: 415-477-6710

*Counsel for Plaintiff Ansfield*

## CERTIFICATION OF SERVICE

I hereby certify that on June 16, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via email to any non-CM/ECF participants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 16, 2014.

**GARDY & NOTIS, LLP**

s/ Jennifer Sarnelli
Jennifer Sarnelli (SBN 242510)
jsarnelli@gardylaw.com
Mark C. Gardy
mgardy@gardylaw.com
James S. Notis
jnotis@gardylaw.com
Tower 56
126 East 56th Street, 8th floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508

| | |
|---|---|
| 1 | Robert S. Green (SBN 136183) |
|   | rsg@classcounsel.com |
| 2 | Lesley E. Weaver (SBN 191305) |
|   | lew@classcounsel.com |
| 3 | **GREEN & NOBLIN, P.C.** |
|   | 700 Larkspur Landing Circle, Suite 275 |
| 4 | Larkspur, CA 94939 |
|   | Tel: 415-477-6700 |
| 5 | Fax: 415-477-6710 |
| 6 | Mark C. Gardy |
|   | mgardy@gardylaw.com |
| 7 | James S. Notis |
|   | jnotis@gardylaw.com |
| 8 | Jennifer Sarnelli (SBN 242510) |
|   | jsarnelli@gardylaw.com |
| 9 | **GARDY & NOTIS, LLP** |
|   | Tower 56 |
| 10 | 126 East 56th Street, 8th floor |
|   | New York, NY 10022 |
| 11 | Tel: 212-905-0509 |
|   | Fax: 212-905-0508 |
| 12 | |
|   | *Counsel for Plaintiff Paul Ansfield* |
| 13 | |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| PAUL ANSFIELD, Individually and On Behalf of All Others Similarly Situated, | | Case No. 3:14-cv-2500-VC |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RELATING ACTIONS** |
| v. | | Date Filed: May 30, 2014 |
| INFOBLOX INC., ROBERT D. THOMAS, and REMO E. CANESSA, | | |
| | Defendants. | |

[Additional captions on the following page.]

| | | |
|---|---|---|
| 1 | DONNA L. ACHEY and LINDSAY E. DURHAM, Individually and on Behalf of All Others Similarly Situated | Case No. 5:14-cv-02644-BLF |
| 2 | | Date Filed: June 9, 2014 |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | INFOBLOX INC., ROBERT D. THOMAS, and REMO E. CANESSA, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | SAFEDIN BEQAJ, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:14-cv-02564-PJH |
| 9 | | Date Filed: June 4, 2014 |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | INFOBLOX INC., ROBERT D. THOMAS, and REMO E. CANESSA, | |
| 13 | Defendants. | |

Stipulation and [Proposed] Order Relating Actions Case No. 3:14-cv-2500-VC

1  WHEREAS, between May 30, 2014 and June 9, 2014, the above-
2 captioned actions ("Related Actions") were filed;

3  WHEREAS, each action is a purported class action brought by, and on
4 behalf of, the Infoblox Inc. public stockholders. Plaintiffs in all the Related
5 Actions name the same defendants and allege similar claims of securities fraud
6 pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and
7 Rule 10b-5 promulgated thereunder.

8  WHEREAS, all parties to the Related Actions agree that these matters
9 should be related before one Judge;

10  WHEREAS, all parties to the Related Actions agree that the actions are
11 likely to result in unduly burdensome duplication of labor and expense or
12 conflicting results if the cases are conducted before different Judges;

13  **THEREFORE, IT IS HEREBY STIPULATED** by and between the
14 Parties to these Related Actions, by and through their respective undersigned
15 counsel, and agreed that the above captioned actions should be Related pursuant
16 to Civil Local Rules 3-12, 7-11 and 7-12.

17 IT IS SO STIPULATED.

18 Respectfully Submitted By:

19

20 Dated: June 16, 2014            **GARDY & NOTIS, LLP**

21

22                                 s/ Jennifer Sarnelli
                                    Jennifer Sarnelli (SBN 242510)
23                                  jsarnelli@gardylaw.com
                                    Mark C. Gardy
24                                  mgardy@gardylaw.com
                                    James S. Notis
25                                  jnotis@gardylaw.com
                                    Tower 56
26                                  126 East 56th Street, 8th floor
                                    New York, NY 10022
27                                  Tel: 212-905-0509
                                    Fax: 212-905-0508
28

- 1 -
Stipulation and [Proposed] Order Relating Actions Case No. 3:14-cv-2500-VC

Robert S. Green (SBN 136183)
rsg@classcounsel.com
Lesley E. Weaver (SBN 191305)
lew@classcounsel.com
**GREEN & NOBLIN, P.C.**
700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Tel: 415-477-6700
Fax: 415-477-6710

*Counsel for Plaintiff Ansfield*

**GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Michael M. Goldberg
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

**BRONSTEIN GEWIRTZ & GROSSMAN LLP**
Peretz Bronstein
60 E. 42nd Street, Suite 4600
New York, New York 10165
Telephone: 212-697-6484

*Counsel for Plaintiffs*
*Donna L. Achey and Lindsay E. Durham*

- 2 -
Stipulation and [Proposed] Order Relating Actions Case No. 3:14-cv-2500-VC

| | | |
|---|---|---|
| 1 | Dated: June 16, 2014 | **GLANCY BINKOW & GOLDBERG LLP** |
| 2 | | By: *s/ Robert V. Prongay* |
| | | Lionel Z. Glancy |
| 3 | | Michael Goldberg |
| | | Robert V. Prongay |
| 4 | | Elaine Chang |
| | | 1925 Century Park East, Suite 2100 |
| 5 | | Los Angeles, CA 90067 |
| | | Telephone:  (310) 201-9150 |
| 6 | | Facsimile:   (310) 201-9160 |
| 7 | | **LAW OFFICES OF HOWARD G. SMITH** |
| | | Howard G. Smith |
| 8 | | 3070 Bristol Pike, Suite 112 |
| | | Bensalem, PA 19020 |
| 9 | | Telephone: (215) 638-4847 |
| | | Facsimile: (215) 638-4867 |
| 10 | | *Counsel for Plaintiff Safedin Beqaj* |
| 11 | Dated: June 16, 2014 | **FENWICK & WEST LLP** |
| 12 | | By:  /s/ Kevin P. Muck |
| | | Kevin P. Muck (CSB No. 120918) |
| 13 | | kmuck@fenwick.com |
| | | Catherine D. Kevane (CSB No. 215501) |
| 14 | | ckevane@fenwick.com |
| | | Alexis I. Caloza (CSB No. 278804) |
| 15 | | acaloza@fenwick.com |
| | | FENWICK & WEST LLP |
| 16 | | 555 California Street, 12th Floor |
| | | San Francisco, CA  94104 |
| 17 | | Telephone:  415.875.2300 |
| | | Facsimile:   415.281.1350 |
| 18 | | |
| 19 | | *Counsel for Defendants Infoblox Inc., Robert D. Thomas and Remo E. Canessa* |

### [~~PROPOSED~~] ORDER

Based on the stipulation of the parties, and good cause appearing, the Court hereby approves the Stipulation. **IT IS SO ORDERED.**

DATED: June 26, 2014 Hon. _____

*IT IS SO ORDERED*

*Judge Vince Chhabria*

- 3 -

Stipulation and [Proposed] Order Relating Actions Case No. 3:14-cv-2500-VC

## LOCAL RULE 5-1(i)(3) CERTIFICATION

I Jennifer Sarnelli hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories to this Stipulation and [Proposed] Order to Relate Cases.

**GARDY & NOTIS, LLP**

s/ Jennifer Sarnelli
Jennifer Sarnelli (SBN 242510)
jsarnelli@gardylaw.com
Mark C. Gardy
mgardy@gardylaw.com
James S. Notis
jnotis@gardylaw.com
Tower 56
126 East 56th Street, 8th floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508