Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DONNA L. ACHEY, et al.

               Plaintiff(s),

  v.

INFOBLOX, INC., et al

               Defendant(s).

Case No: 14-cv-02644

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Jeremy A. Lieberman, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Donna L. Achey and Lindsay E. Durham in the above-entitled action. My local co-counsel in this case is Lionel Z. Glancy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016 | 1925 Century Park East, Ste 2100<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 661-1100 | (310) 201-9050 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jalieberman@pomlaw.com | info@glancylaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JL6130.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/30/14

                                        Jeremy A. Lieberman
                                             APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Jeremy A. Lieberman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 24, 2014

                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>**JEREMY ALAN LIEBERMAN**</u> , Bar # <u>**JL6130**</u>

was duly admitted to practice in this Court on

<u>**JANUARY 10th, 2006**</u> , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>**JUNE 6th, 2014**</u>

<u>Ruby J. Krajick</u>   by   <u>*Wayne Brown*</u>
Clerk                         Deputy Clerk