Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DONNA L. ACHEY, et al. )
                           ) Case No: 14-cv-02644
            Plaintiff(s), )
                           ) **APPLICATION FOR**
    v.                       ) **ADMISSION OF ATTORNEY**
                           ) **PRO HAC VICE**
INFLOBLOX, INC., et al       ) (CIVIL LOCAL RULE 11-3)
                           )
            Defendant(s). )

I, Francis P. McConville, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Donna L. Achey and Lindsay E. Durham in the above-entitled action. My local co-counsel in this case is Lionel Z. Glancy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016 | 1925 Century Park East, Ste 2100<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 661-1100 | (310) 201-9050 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| fmcconville@pomlaw.com | info@glancylaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: FM4233.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/30/14

                                             Francis P. McConville
                                                  APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Francis P. McConville is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 24, 2014

                                           UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>　　　**FRANCIS PAUL McCONVILLE**　　　</u>, Bar # <u>　　**FM4233**　　</u>

was duly admitted to practice in this Court on

<u>　**FEBRUARY 10th, 2012**　</u>, and is in good standing as a member of the Bar of this Court.

　　　500 Pearl Street
Dated at <u>New York, New York</u>　　on　<u>　　**JUNE 6th, 2014**　　</u>

<u>　　Ruby J. Krajick　　</u>　　by　<u>　Wayne Bowmie　</u>
　　　　Clerk　　　　　　　　　　　　　Deputy Clerk